

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNIE LEE BOAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:11-CV-3452-B |
| | § | |
| ROCKWALL COUNTY SHERIFF'S | § | |
| OFFICE, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled,[1] and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of March, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] In his objections to the Magistrate Judge's Findings and Recommendation, Plaintiff seeks to add "Rockwall County Sheriff Harold Eavenson" as a party. Because, as with the other Defendants, he has failed to state a viable legal claim against the Sheriff, his request is DENIED.